## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER M. FRONCZEK
    Debtor (s)

CASE NO. 20-10120-jkf
CHAPTER 13

AND

AMERIFIRST HOME IMPROVEMENT FINANCE
    Creditor

### NOTICE OF CHANGE OF ADDRESS FOR TRUSTEE PAYMENTS

**COMES NOW, creditor** AmeriFirst Home Improvement Finance, and hereby requests that the Trustee payment address on its claim(s) in the instant bankruptcy proceeding be changed to:

**NEW address for creditor payment**
AmeriFirst Home Improvement Finance
1620 Dodge St, Stop 8116
Omaha, NE 68197-8116

**OLD address for creditor payment**
AmeriFirst Home Improvement Finance
11171 Mill Valley Road
Omaha, NE 68154

Court notices to be mailed to:

**NEW address for court notices**
AmeriFirst Home Improvement Finance
1620 Dodge St, Stop 8116
Omaha, NE 68197-8116

**OLD address for court notices**
AmeriFirst Home Improvement Finance
11171 Mill Valley Road
Omaha, NE 68154

Aaron Pagan
Bankruptcy Coordinator
Email: apagan@trustamerifirst.com

FILED JAN -3 2023