**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-10953-AMC |
| Frank Bradley Szell | : Chapter 13 |
| Debtor | : |
| HSBC Bank USA, N.A., as Trustee, on behalf | : |
| of the Certificate Holders of the Deutsche Alt- | : |
| A Securities, Inc. Mortgage Pass-Through | : |
| Certificates, Series 2007-AB1 c/o Select | : |
| Portfolio Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| Frank Bradley Szell and Traci A. Szell (Non- | : |
| filing Co-Debtor) | |
| Debtor/Respondent | : |
| and | : |
| Kenneth E. West, Esquire | : |
| Trustee/Respondent | : |

**CONSENT ORDER / STIPULATION AGREEMENT**

AND NOW, upon the Motion of Debtor, Frank Bradley Szell, ("Debtor") to reinstate the Automatic Stay as stay as to HSBC Bank USA, N.A., as Trustee, on behalf of the Certificate Holders of the Deutsche Alt-A Securities, Inc. Mortgage Pass-Through Certificates, Series 2007-AB1 c/o Select Portfolio Servicing, Inc. ("Movant"/ "Creditor") under §362, and §1301 as to Traci A. Szell, as to certain property, 269 Beechwood Road, Springfield, PA 19064 (the "Property"), it is hereby agreed as follows:

1.  Creditor acknowledges that the loan is post-petition current and due for the January 1, 2025, payment.

2.  Debtor acknowledges that he will continue to make the regular monthly payments to Creditor beginning with the January 1, 2025 payment and will stay current with the regular payments going forward.

3.  Creditor hereby agrees and consents to reinstatement of the automatic stay, and the parties acknowledge that the prior Stipulation Order approved by this Honorable Court on October 16, 2023, shall remain in full force and effect.

By signing this Stipulation, Debtor's Counsel represents that the Debtor is familiar with and understands the terms of this Stipulation and agrees to said terms regardless of whether the Debtor has signed this Stipulation.  Seen and agreed by the parties on the date set forth below:


/s/ Danielle Boyle-Ebersole
_____
Danielle Boyle-Ebersole, Esquire
Counsel for Creditor

Date: 01/13/2025

/s/ Lawrence S. Rubin
_____
Lawrence S. Rubin, Esquire
Counsel for Debtor

Date: 01/13/2025


/s/ Jack K. Miller, Esquire   *for*
_____
Kenneth E. West, Esquire
Trustee

Date: 1/13/2025

*I have no objection to its terms, without prejudice to any of our rights and remedies*