# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-10953-AMC |
| Frank Bradley Szell | : Chapter 13 |
|     Debtor | : |
| HSBC Bank USA, N.A., as Trustee, on behalf of the Certificate Holders of the Deutsche Alt-A Securities, Inc. Mortgage Pass-Through Certificates, Series 2007-AB1 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
| vs. | : |
| Frank Bradley Szell and Traci A. Szell (Non-filing Co-Debtor) | : |
|     Debtor/Respondent | : |
| and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

AND NOW, this_____ day of _____, 2025, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

**Date: January 17, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge